## Commonwealth ex rel. McKee, Appellant, *v.* Myers.

Submitted December 13, 1965. *Arthur McKee,* appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

. Order affirmed.

## Commonwealth ex rel. McKenna, Appellant, *v.* Cavell.

Argued December 16, 1965. *W. Marshall Dawsey,* for appellant; *Maurice L. Epstein,* District Attorney, for appellee, submitted a brief.

Order affirmed.

. Flood, J., absent.

## Commonwealth ex rel. McKinney, Appellant, *v.* Myers.

Submitted December 13, 1965. *Charles McKinney,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.